1040

[No. 3395–3–III. Division Three. July 24, 1980.]

JAMES McCUEN, *Appellant,* v. FLAG BAR
RANCH, INC., *Respondent.*

Appeal from a judgment of the Superior Court for
Okanogan County, No. 22374, B. E. Kohls, J., entered
March 27, 1979. *Reversed* and *remanded* by unpublished
opinion per Munson, J., concurred in by Green, C.J., and
McInturff, J.

[No. 3817–3–III. Division Three. July 24, 1980.]

*In the Matter of the Personal Restraint of*
LANNY ADAIR, *Petitioner.*

Petition for relief from personal restraint *granted* by
unpublished opinion per Green, C.J., concurred in by
Munson and Roe, JJ.

[No. 6914–4–I. Division One. July 28, 1980.]

JERRY ARNOLD STEFFAN, *Appellant,* v. THE DEPART-
MENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 815501, Frank J. Eberharter, J., entered
August 14, 1978. *Reversed* by unpublished opinion per Cal-
low, C.J., concurred in by James and Swanson, JJ.